UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Barry Lesane : CIVIL 08 - 2871(PGS)
V. :
Commissioner of Social Security: HON. PETER G. SHERIDAN

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO GENERAL RULE 41.1

PLEASE TAKE NOTICE that the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on September 29, 2008 at 10:00 a.m., unless good cause is shown with the filing of an affidavit <u>before</u> the return date. If said affidavit has not been filed before the return date, counsel are <u>required</u> to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

WILLIAM T. WALSH, CLERK

By   DOLORES HICKS
     Dolores Hicks, Deputy Clerk

September 17, 2008
cc: Clerk's Office

*[Handwritten note: This matter is dismissed without prejudice. It may be re-opened within 30 days. Peter G. Sheridan 10/7/08]*